UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK EDWARD BLACKMON, II,

    Petitioner,

v.                                              Case Number: 2:11-CV-12823

STEVEN RIVARD,

    Respondent.
                                         /

**JUDGMENT**

In accordance with the court's "Opinion and Order Denying Petition for Writ of Habeas Corpus . . . ,'" dated August 17, 2012,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Steven Rivard and against Petitioner Mark Edward Blackmon, II. Dated at Detroit, Michigan, this 17th day of August 2012.

                                                             DAVID J. WEAVER
                                                             CLERK OF THE COURT

                                                             S/Lisa Wagner
                                                      By: Lisa Wagner, Case Manager
                                                          to Judge Robert H. Cleland